| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court - Southern District Of New York | |
| Plaintiff: William Wesner, et al | |
| Defendant: UBS AG, et al | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV11225 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint for Violation of the Federal Securities Laws

3. a. Party served:  UBS AG
   b. Person served: Mary Drummond, Person Authorized to Accept Service

4. Address where the party was served: Corporaton Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 3:05PM

7. *Person Who Served Papers:*
   a. Mark Messina
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

1/28/08 (Date)   (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 11/24/2011 (Date)

(Notary Public)

sarud.102248