UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

WILLIAM L. WESNER, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

-Against-

UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN,

          Defendant.
_____

Civil Action No. 07 CV 11225 (RJS)
ECF Case

**NOTICE OF APPEARANCE FOR ROBERT J. GIUFFRA, JR.**

To the Clerk of this Court and all counsel of record:

      Please enter my appearance as counsel in this action for Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

      I certify that I am admitted to practice in this Court.

Dated: February 7, 2008

                            Respectfully submitted,

                            __/s/_____
                            Robert J. Giuffra, Jr. (RG9969)
                            SULLIVAN & CROMWELL LLP
                            125 Broad Street
                            New York, New York 10004
                            (212) 558-3121

                            *Attorney for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*