UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

WILLIAM L. WESNER, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

-Against-

UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN,

        Defendant.
_____

Civil Action No. 07 CV 11225 (RJS)
ECF Case

**NOTICE OF APPEARANCE FOR MAITE AQUINO**

To the Clerk of this Court and all counsel of record:

      Please enter my appearance as counsel in this action Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

      I certify that I am admitted to practice in this Court.

Dated: February 7, 2008

                              Respectfully submitted,

                              __/s/_____
                              Maite Aquino (MA 0030)
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York 10004
                              (212) 558-4869

                              *Attorney for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*