UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ )
WILLIAM L. WESNER, Individually          ) Civil Action No. 07 CV 11225 (RJS)
and On Behalf of All Others Similarly    ) ECF Case
Situated,                                 )
                                          )
                    Plaintiff,            )
                                          )
             -Against-                    ) **NOTICE OF APPEARANCE**
                                          ) **FOR SUHANA S. HAN**
UBS AG, PETER A. WUFFLI, CLIVE            )
STANDISH and DAVID S. MARTIN,            )
                                          )
                    Defendant.            )
_____ )

To the Clerk of this Court and all counsel of record:

       Please enter my appearance as counsel in this action Defendants UBS AG,
Peter A. Wuffli, Clive Standish, and David S. Martin.

       I certify that I am admitted to practice in this Court.

Dated:  February 7, 2008

                             Respectfully submitted,

                             ____/s/_____
                             Suhana S. Han (SH2407)
                             SULLIVAN & CROMWELL LLP
                             125 Broad Street
                             New York, New York  10004
                             (212) 558-4647

                             *Attorney for UBS AG, Peter A. Wuffli, Clive*
                             *Standish, and David S. Martin*