


SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

February 7, 2008

VIA OVERNIGHT DELIVERY

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

Re: *Wesner vs. UBS AG, et al.*, 07-cv-11225

Dear Judge Sullivan:

My firm has recently been retained to represent investors who wish to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on December 13, 2007; accordingly, our client must file its motion no later than February 11, 2008.

Your Honor's Individual Practices, however, require that "For motions other than discovery motions, a pre-motion conference with the court is required for making any motion ...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on February 11, 2008.

Respectfully submitted,

David A. Rosenfeld

cc: Robert J. Guiffra, Jr., Esq.
Maite Aquino, Esq.
Curtis Trinko, Esq.

SO ORDERED
Dated: 2/8/08

RICHARD J. SULLIVAN
U.S.D.J.

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com