KIRBY McINERNEY LLP
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, NY  10022
(212) 371-6600

*Attorneys for Movant, the Detroit Funds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William L. Wesner, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBS AG, PETER A. WUFFLI, CLIVE STANDISH, and DAVID S. MARTIN,<br><br>　　　　　Defendants. | Civil Action No.<br>07 CIV 11225 (RJS) |
| ROBERT GARBER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBS AG, PETER A. WUFFLI, CLIVE STANDISH, and DAVID S. MARTIN,<br><br>　　　　　Defendants. | No. 08 CIV 00969 (RJS) |

**NOTICE OF MOTION OF THE DETROIT FUNDS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, The Police and Fire Retirement System of the City of Detroit and Detroit General Retirement System ("The Detroit Funds") hereby move this Court before The Honorable Richard J. Sullivan, Courtroom 23C, United States Courthouse, 500 Pearl Street, New York, NY 10007, under Fed R. Civ. P. 42 and §21(D) et seq. of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order (i) consolidating the above-captioned related actions, (ii) appointing the Detroit Funds as Lead Plaintiff; and (iii) approving Lead Plaintiff's selection of Kirby McInerney LLP as Plaintiff's Lead Counsel for the Class.

This motion is brought pursuant to the Securities Exchange Act of 1934 as amended by the PSLRA.

This motion is made on the ground that good cause exists for the granting of the Order sought. This motion is based on this notice, the accompanying memorandum of laws, Affidavit of Ira M. Press, and the Court's complete files and records in the above-captioned actions, as well as such further argument as the Court may allow at the hearing on this motion.

Dated:      February 11, 2008

Respectfully submitted,

**KIRBY McINERNEY LLP**

By: _____
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, NY  10022
Tel: (212) 371-6600

*Proposed Lead Counsel*

1