UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WILLIAM L. WESNER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>UBS AG, et al.,<br><br>          Defendants. | Civil Action No. 1:07-cv-11225-RJS<br><br><u>CLASS ACTION</u> |
| ROBERT GARBER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>UBS AG, et al.,<br><br>          Defendants. | Civil Action No. 1:08-cv-00969-UA<br><br><u>CLASS ACTION</u> |

THE GLOBAL FUNDS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF,
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND
CONSOLIDATION OF RELATED CASES

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that putative class members City of Pontiac Policemen's and Firemen's Retirement System, Arbejdsmarkedets Tillaegspension, ATP, Arca SGR S.p.A., the Tyne and Wear Pension Fund and United Super Pty Ltd as Trustee of Cbus (the "Global Funds Group") will and hereby do move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) appointing the Global Funds Group as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; (2) approving the Global Funds Group's selection of Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin Barroway Topaz & Kessler, LLP as lead counsel; and (3) consolidating related actions pursuant to Fed. R. Civ. P. 42(a). In support of this motion, the Global Funds Group submits the accompanying memorandum of law and the Affidavit of David A. Rosenfeld.

DATED: February 11, 2008              COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                      SAMUEL H. RUDMAN
                                      DAVID A. ROSENFELD


                                            s/ David A. Rosenfeld
                                          DAVID A. ROSENFELD

                                      58 South Service Road, Suite 200
                                      Melville, NY 11747
                                      Telephone: 631/367-7100
                                      631/367-1173 (fax)

- 2 -

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
ANDREW L. BARROWAY
DARREN J. CHECK
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

S:\CasesSD\UBS AG\NOT00049056-LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 11, 2008.

        s/ David A. Rosenfeld
        DAVID A. ROSENFELD

        COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
        58 South Service Road, Suite 200
        Melville, NY 11747
        Telephone: 631/367-7100
        631/367-1173 (fax)

        E-mail: drosenfeld@csgrr.com

# Mailing Information for a Case 1:07-cv-11225-RJS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Maite Aquino**
  aquinom@sullcrom.com

- **Robert Joseph Giuffra , Jr**
  giuffrar@sullcrom.com

- **Suhana S. Han**
  hans@sullcrom.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`