SULLIVAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM L. WESNER, Individually and ) 
On Behalf of All Others Similarly Situated, ) NO. 07-CV-11225 (RJS)
)
Plaintiff, )
)
vs. )
)
UBS AG, PETER A. WUFFLI, CLIVE )
STANDISH and DAVID S. MARTIN, )
)
Defendants. )

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

STIPULATION AND [PROPOSED] ORDER
FOR AN EXTENDED SCHEDULE

This Stipulation is entered into between Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin ("Defendants") and Plaintiff William L. Wesner ("Plaintiff"; collectively the "Parties").

WHEREAS Plaintiff served on Defendants a Complaint in this action (the "Wesner Complaint") on January 28, 2008;

WHEREAS Robert Graber served on Defendants a Complaint in Civil Action Number 08-cv-00969 (the "Garber Complaint") on January 29, 2008;

WHEREAS under Rule 12(a)(1)(A)(i), Defendants must answer or otherwise respond to the Wesner Complaint on or before February 19, 2008;

WHEREAS the Court has pending before it the following motions seeking to consolidate the Wesner and Garber Complaints, appoint a lead plaintiff, and approve

lead plaintiff's choice of lead counsel ("Motions to Consolidate"): (1) Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of its Selection of Counsel, filed in 07-cv-11225 and 08-cv-00969 on February 11, 2008; (2) Motion of the Detroit Funds to Consolidate Related Actions, Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Lead Counsel, filed in 07-cv-11225 on February 11, 2008; and (3) The Global Funds Group's Motion for Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Lead Counsel and Consolidation of Related Cases, filed in 07-cv-11225 on February 11, 2008;

WHEREAS the Parties believe that it will save judicial and Party resources if Defendants answer the Wesner Complaint or otherwise plead after this Court has ruled on the Motions to Consolidate;

WHEREAS Defendants have not previously requested or received time for an extension to answer or otherwise plead to the Wesner Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that Defendants need not answer or otherwise plead in response to the Wesner Complaint on file;

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the undersigned parties to the above-captioned matter that (i) Lead Plaintiff shall have sixty (60) days from entry of an order consolidating the complaints, appointing a lead plaintiff, and approving lead plaintiff's choice of lead counsel to serve on Defendants a consolidated complaint, (ii) Defendants shall have sixty (60) days from service of a consolidated complaint to serve an answer or other responsive pleading, (iii) Lead Plaintiff shall have sixty (60) days to serve an opposition to any pleading against

the consolidated complaint, and (iv) Defendants shall have thirty (30) days to serve a reply to such opposition.

Dated: February 15, 2007

Respectfully Submitted,

*Maite Aquino, mts*
Robert J. Giuffra, Jr. (RG-9969)
Maite Aquino (MA-0030)
Suhana S. Han (SH-2407)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*

Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Darren J. Robbins
David C. Walton
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for William L. Wesner*

So ordered on this ___ day of February 2008.

The Honorable Richard J. Sullivan
United States District Court Judge   2/19/08