UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

WILLIAM L. WESNER, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

-Against-

UBS AG, PETER A. WUFFLI, CLIVE STANDISH and DAVID S. MARTIN,

          Defendant.
_____

Civil Action No. 07 CV 11225 (RJS)
ECF Case

**NOTICE OF APPEARANCE FOR MATTHEW A. SCHWARTZ**

To the Clerk of this Court and all counsel of record:

      Please enter my appearance as counsel in this action for Defendants UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin.

      I certify that I am admitted to practice in this Court.

Dated: February 26, 2008

          Respectfully submitted,

          __/s/_____
          Matthew A. Schwartz (MS8359)
          SULLIVAN & CROMWELL LLP
          125 Broad Street
          New York, New York 10004
          (212) 558-3121

          *Attorney for UBS AG, Peter A. Wuffli, Clive Standish, and David S. Martin*