UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE UBS AG SECURITIES LITIGATION

No. 07 Civ. 11225 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

WHEREAS the Court, by order of March 6, 2008, consolidated the following two actions: *Wesner v. UBS AG, et al*, No. 07 Civ. 11225 (RJS) and *Garber v. UBS AG, et al.*, No. 08 Civ. 969 (RJS);

IT IS HEREBY ORDERED that the *Wesner* and *Garber* actions are consolidated under the above caption and docket number. The Clerk of the Court is directed to close case No. 08 Civ. 969 (RJS). The Clerk of the Court is further directed to terminate the motions located at Documents 7, 10, and 13 in the above-captioned case.

SO ORDERED.

Dated:   March 6, 2008
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE