UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AG SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-CV-11225-RJS (Consolidated) |
| | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, David A. Rosenfeld, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Gregory M. Castaldo |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | gcastaldo@sbtklaw.com |

Gregory M. Castaldo is a member in good standing of the Bars of the State of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Gregory M. Castaldo in any State or Federal Court.

Dated: March 20, 2008

Respectfully submitted,
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

David A. Rosenfeld
58 South Service Road, Suite 200
Melville NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that I filed true and correct copies of the foregoing documents on March 20, 2008:

- *PRO HAC VICE* MOTION, DECLARATION, AND PROPOSED ORDER.

with the Clerk of the Court and served all parties listed on the attached service list via U.S. mail.

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

David A. Rosenfeld
58 South Service Road, Suite 200
Melville NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

*Liaison Counsel for Lead Plaintiffs*

## SERVICE LIST

**Ann K. Ritter**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843)-216-9000
Fax: (843)-216-9450
Email: aritter@motleyrice.com

**Ira M. Press**
Kirby McInerney LLP
830 Third Avenue
10th Floor
New York, NY 10022
(212) 371-6600
Fax: (212) 751-2540
Email: ipress@kmslaw.com

**James Joseph Sabella**
Grant & Eisenhofer P.A. (NY)
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500
Fax: (646) 722-8501
Email: jsabella@gelaw.com

**Robert Joseph Giuffra, Jr.**
**Maite Aquino**
**Matthew Alexander Schwartz**
**Suhana S. Han**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)-558-3121
Fax: (212)-558-3588
Email: giuffrar@sullcrom.com
Email: aquinom@sullcrom.com
Email: schwartzmatthew@sullcrom.com
Email: hans@sullcrom.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AG SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-CV-11225-RJS (Consolidated) <br><br> **DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, David A. Rosenfeld, declare as follows:

1. I am a partner at Coughlin Stoia Geller Rudman & Robbins, LLP, Liaison Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Gregory M. Castaldo as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Castaldo is a partner at Schiffrin Barroway Topaz & Kessler, LLP in Radnor, Pennsylvania.

4. I have found Mr. Castaldo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Gregory M. Castaldo, *pro hac vice*.

6.  In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached Certificates of Good Standing for Mr. Castaldo from Pennsylvania and New Jersey issued within the past thirty days.

7.  I respectfully submit a proposed order granting the admission of Gregory M. Castaldo, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Gregory M. Castaldo, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: March 20, 2008

Respectfully submitted,
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

David A. Rosenfeld
58 South Service Road, Suite 200
Melville NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

*Liaison Counsel for Lead Plaintiffs*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Gregory Michael Castaldo, Esq.*

**DATE OF ADMISSION**

*February 6, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 18, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **GREGORY MICHAEL CASTALDO** (No. **017271997**) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **18TH** day of **March**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AG SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-CV-11225-RJS (Consolidated) <br><br> **[PROPOSED] ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION** |

Upon the motion of David A. Rosenfeld, Liaison Counsel for the Lead Plaintiffs, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    Gregory M. Castaldo
    Firm Name:    Schiffrin Barroway Topaz & Kessler, LLP
    Address:    280 King of Prussia Road
    City/State/Zip:    Radnor, PA 19087
    Phone Number:    (610) 667-7706
    Fax Number:    (610) 667-7056
    Email Address:    gcastaldo@sbtklaw.com

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

                                                                            _____
                                                                            Richard J. Sullivan, U.S. District Judge