## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

In re UBS AG SECURITIES LITIGATION

CIVIL ACTION NO. 1:07-CV-11225-RJS
(Consolidated)

[PROPOSED] ORDER FOR ADMISSION
*PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of David A. Rosenfeld, Liaison Counsel for the Lead Plaintiffs, and said

sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Jennifer L. Keeney |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | jkeeney@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: **March 26, 2008**

Richard J. Sullivan, U.S. District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08