USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re UBS AG SECURITIES LITIGATION

CIVIL ACTION NO. 1:07-CV-11225-RJS
(Consolidated)

[PROPOSED] ORDER FOR ADMISSION
*PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of David A. Rosenfeld, Liaison Counsel for the Lead Plaintiffs, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Gregory M. Castaldo |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | gcastaldo@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 26, 2006

Richard J. Sullivan, U.S. District Judge