USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
                                         :  Civil Action No. 1:07-cv-11225-RJS
                                         :
                                         :  CLASS ACTION
In re UBS AG SECURITIES LITIGATION       :
                                         :  STIPULATION AND [PROPOSED] ORDER
                                         :  FOR EXTENSION OF TIME TO FILE
                                         :  CONSOLIDATED CLASS ACTION
                                       x    COMPLAINT
----------------------------------------

WHEREAS, pursuant to the Court's Orders of February 19, 2008 and March 6, 2008, the following pleading schedule is currently in place: (i) Plaintiffs shall file a consolidated complaint (the "Consolidated Complaint") on or before May 5, 2008; (ii) Defendants shall file an answer or other response to the Consolidated Complaint on or before July 7, 2008; (iii) in the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file an opposition to such motion on or before September 5, 2008; and (iv) Defendants shall serve a reply to Plaintiffs' opposition on or before October 6, 2008.

WHEREAS, the parties have agreed to an extension of the foregoing schedule;

WHEREAS, no prior extensions have been sought or granted in this consolidated action;

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. Plaintiffs shall file the Consolidated Complaint on or before **June 20, 2008**.

2. Defendants shall file an answer or other response on or before **August 22, 2008**.

3. In the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file an opposition to such motion on or before **October 10, 2008**.

4. Defendants shall serve a reply to Plaintiffs' opposition on or before **November 14, 2008**.

DATED: April 9, 2008        COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                    SAMUEL H. RUDMAN
                                    ROBERT M. ROTHMAN
                                    DAVID A. ROSENFELD

                                    SAMUEL H. RUDMAN

                                    58 South Service Road, Suite 200
                                    Melville, NY 11747
                                    Telephone: 631/367-7100
                                    631/367-1173 (fax)

*Liaison Counsel*

SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP
GREGORY M. CASTALDO
ANDREW L. ZIVITZ
JENIFER L. KEENEY
RICHARD A. RUSSO, JR.

_____
GREGORY M. CASTALDO

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

GRANT & EISENHOFER, P.A.
JAY W. EISENHOFER
GEOFFREY JARVIS

_____
GEOFFREY JARVIS

1201 North Market Street, Suite 2100
Wilmington, DE 19801-2599
Telephone: 302/622-7000
302/622-7100 (fax)

MOTLEY RICE LLC
ANN K. RITTER

_____
ANN K. RITTER

28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

*Co-Lead Counsel for Plaintiffs*

- 2 -

SULLIVAN & CROMWELL LLP
ROBERT J. GIUFFRA, JR.

_/s/ Robert J. Giuffra_
ROBERT J. GIUFFRA, JR.

125 Broad Street
New York, New York 10004
Telephone: 212/558-3121
212/558-3588 (fax)

*Counsel for Defendants*

\* \* \*

ORDER

IT IS SO ORDERED.

DATED: 4/10/08

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 3 -