UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AG SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-CV-11225-RJS (Consolidated) <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Naumon A. Amjed |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | namjed@sbtklaw.com |

Naumon A. Amjed is a member in good standing of the Bar of the State of Delaware. There are no pending disciplinary proceedings against Naumon A. Amjed in any State or Federal Court.

Dated: June 10, 2008

Respectfully submitted,
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

/s/ Samuel H. Rudman
Samuel H. Rudman
58 South Service Road, Suite 200
Melville NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

*Liaison Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UBS AG SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-CV-11225-RJS (Consolidated) <br><br> **AFFIDAVIT OF SAMUEL H. RUDMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York    )
                     )   ss.
County of Suffolk    )

Samuel H. Rudman, being duly sworn, hereby deposes and says as follows:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins, LLP, Liaison Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Naumon A. Amjed as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Amjed is an associate at Schiffrin Barroway Topaz & Kessler, LLP in Radnor, Pennsylvania.

4. I have found Mr. Amjed to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Naumon A. Amjed, *pro hac vice*.

6. In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached a Certificate of Good Standing for Mr. Amjed from Delaware issued within the past thirty days.

7. I respectfully submit a proposed order granting the admission of Naumon A. Amjed, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Naumon A. Amjed, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: June 10, 2008

Respectfully submitted,
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

_____
Samuel H. Rudman
58 South Service Road, Suite 200
Melville NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

*Liaison Counsel for Lead Plaintiffs*

KELLY A. STADELMANN
Notary Public, State Of New York
No. 01ST6047260
Qualified in Nassau County
Commission Expires August 28, 2010

Sworn to and subscribed before me this 10th day of June, 2008.

_____
Notary Public

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Naumon A. Amjed** as admitted to practice as an attorney in the Courts of this State on February 24, 2004 and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 5th day of June, 2008.



Cathy L. Howard
Clerk of the Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re UBS AG SECURITIES LITIGATION

CIVIL ACTION NO. 1:07-CV-11225-RJS
(Consolidated)

[PROPOSED] ORDER FOR ADMISSION
*PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Samuel H. Rudman, Liaison Counsel for the Lead Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Naumon A. Amjed |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | namjed@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____    _____
Richard J. Sullivan, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that I filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

on June 10, 2008 with the Clerk of the Court. All counsel on the attached Service List have been served copies of the forgoing documents via the U.S. Postal Service.

                        COUGHLIN STOIA GELLER
                        RUDMAN & ROBBINS LLP

                        Samuel H. Rudman
                        58 South Service Road, Suite 200
                        Melville NY 11747
                        Telephone: 631-367-7100
                        Fax: 631-367-1173

*Liaison Counsel for Lead Plaintiffs*

## SERVICE LIST

**Ann K. Ritter**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843)-216-9000
Fax: (843)-216-9450
Email: aritter@motleyrice.com

**Samuel Howard Rudman**
**Robert M. Rothman**
Coughlin Stoia Geller Rudman & Robbins LLP (LI)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com
Email: rrothman@csgrr.com

**Ira M. Press**
Kirby McInerney LLP
830 Third Avenue
10th Floor
New York, NY 10022
(212) 371-6600
Fax: (212) 751-2540
Email: ipress@kmslaw.com

**James Joseph Sabella**
Grant & Eisenhofer P.A. (NY)
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500
Fax: (646) 722-8501
Email: jsabella@gelaw.com

**Robert Joseph Giuffra, Jr.**
**Maite Aquino**
**Matthew Alexander Schwartz**
**Suhana S. Han**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)-558-3121
Fax: (212)-558-3588
Email: giuffrar@sullcrom.com
Email: aquinom@sullcrom.com
Email: schwartzmatthew@sullcrom.com
Email: hans@sullcrom.com

**Gregory M. Castaldo**
**Andrew L. Zivitz**
**Jenifer L. Keeney**
**Richard A. Russo, Jr**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
Email: Gcastaldo@sbtklaw.com
Email: AZivitz@sbtklaw.com
Email: Jkeeney@sbtklaw.com
Email: Rrusso@sbtklaw.com