USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────── x
                             :
In re UBS AG SECURITIES LITIGATION  :  Civil Action No. 1:07-cv-11225-RJS
                             :  CLASS ACTION
                             :
──────────────────────────── 

### STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT

WHEREAS, pursuant to the Court's Order of April 10, 2008, the following pleading schedule is currently in place: (i) Plaintiffs shall file a consolidated complaint (the "Consolidated Complaint") on or before June 20, 2008; (ii) Defendants shall file an answer or other response to the Consolidated Complaint on or before August 22, 2008; (iii) in the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file an opposition to such motion on or before October 10, 2008; and (iv) Defendants shall serve a reply to Plaintiffs' opposition on or before November 14, 2008.

WHEREAS, the parties have agreed to a short extension of the foregoing schedule;

WHEREAS, one prior agreed upon extension has been granted in this consolidated action;

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. Plaintiffs shall file the Consolidated Complaint on or before **July 11, 2008**.

2. Defendants shall file an answer or other response on or before **September 19, 2008**.

3. In the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file an opposition to such motion on or before **November 14, 2008**.

4. Defendants shall serve a reply to Plaintiffs' opposition on or before **December 19, 2008**.

DATED: June 9, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
Fax: 631/367-1173

Liaison Counsel

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
GREGORY M. CASTALDO
ANDREW L. ZIVITZ
JENNIFER L. KEENEY
RICHARD A. RUSSO, Jr.

*/s/ Gregory Castaldo*
GREGORY M. CASTALDO

- 2 -

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Fax: 610/667-7056

GRANT & EISENHOFER, P.A.
JAY W. EISENHOFER
GEOFFREY JARVIS (GCJ-7040)

_____
GEOFFREY JARVIS

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Telephone: 302/622-7000
Fax: 302/622-7100

MOTLEY RICE LLC
ANN K. RITTER

_____
ANN K. RITTER

28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
Fax: 843/216-9450
       Co-Lead Counsel for Plaintiffs


SULLIVAN & CROMWELL LLP
ROBERT J. GIUFFRA, Jr.
MAITE AQUINO
SUHANA HAN
MATTHEW A. SCHWARTZ

_____
ROBERT J. GIUFFRA, Jr.

125 Broad Street
New York, New York 10004
Telephone: 212/558-3121
Fax: 212/558-3588
       Counsel for Defendants

SO ORDERED
Dated: 6/10/08

_____
RICHARD J. SULLIVAN
U.S.D.J.