AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In re UBS AG
SECURITIES LITIGATION

**APPEARANCE**

Case Number: 1:07-cv-11225-RJS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lead Plaintiffs, UBS Institutional Investors:
City of Pontiac Policemen's and Firemen's Retirement System ("Pontiac"); Arbejdsmarkedets Tillaegspension ("ATP"); Union Asset Management Holding AG ("Union"); International Fund Management, S.A. (Luxembourg) ("IFM")

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/5/2008 | Schiffrin Barroway Topaz and Kessler, LLP |
| Date | Signature |
| | Sharan Nirmul — SN2075 |
| | Print Name — Bar Number |
| | 280 King of Prussia Road |
| | Address |
| | Radnor — PA — 19087 |
| | City — State — Zip Code |
| | (610) 667-7706 — (610) 667-7056 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that I filed true and correct copies of the foregoing Notice of Appearance of Sharan Nirmul with the Clerk of the Court. The CM/ECF system will send notification to all counsel listed below registered for CM/ECF.

Dated: June 18, 2008

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

*Amy Cashwell*
Amy Cashwell, Paralegal
280 King of Prussia Road
Radnor PA 19087
Telephone: 610-667-7706
Fax: 610-667-7056

Counsel receiving service via CM/ECF notification:

**Ann K. Ritter**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843)-216-9000
Fax: (843)-216-9450
Email: aritter@motleyrice.com

**Samuel Howard Rudman**
**David Avi Rosenfeld**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com
Email: drosenfeld@csgrr.com

**James Joseph Sabella**
Grant & Eisenhofer P.A. (NY)
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500
Fax: (646) 722-8501
Email: jsabella@gelaw.com

**Robert Joseph Giuffra, Jr.**
**Maite Aquino**
**Matthew Alexander Schwartz**
**Suhana S. Han**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
(212)-558-3121
Fax: (212)-558-3588
Email: giuffrar@sullcrom.com
Email: aquinom@sullcrom.com
Email: schwartzmatthew@sullcrom.com
Email: hans@sullcrom.com

**Ira M. Press**
Kirby McInerney LLP
830 Third Avenue
10th Floor
New York, NY 10022
(212) 371-6600
Fax: (212) 751-2540
Email: ipress@kmslaw.com

2