UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re UBS AG SECURITIES LITIGATION            Plaintiff,

-against-

1:07 CIVIL 11225 (RJS)

                                              Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __SHARAN NIRMUL__

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SN 2075__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: __GRANT & EISENHOFER, PA__

    To: __SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: __280 KING OF PRUSSIA ROAD, RADNOR PA, 19087__

☒ Telephone Number: __610-667-7706__

☒ Fax Number: __610-667-7056__

☒ E-Mail Address: __snirmul@sbtklaw.com__

Dated: __6-18-08__                    _/s/ [signature]_