UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: UBS AG Securities Litigation | ) ) ) ) | Civil Action No. 07-cv-11225-RJS<br>Judge Richard J. Sullivan |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as co-lead counsel in the above-captioned action for and on behalf of Union Asset Management Holding AG, and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Respectfully submitted this 24th day of July, 2008.

By:   MOTLEY RICE LLC

/s/ William H. Narwold
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut  06103
Telephone:  (860) 882-1676
Facsimile:   (860) 882-1682

*Co-Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: UBS AG Securities Litigation | ) ) ) ) | Civil Action No. 07-cv-11225-RJS<br>Judge Richard J. Sullivan |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

MOTLEY RICE LLC


/s/ William H. Narwold
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut  06103
Telephone:  (860) 882-1676
Facsimile:  (860) 882-1682