UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: UBS AG Securities Litigation ) Civil Action No. 07-cv-11225-RJS
) Judge Richard J. Sullivan
)

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William H. Narwold, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Joseph F. Rice

Firm Name: Motley Rice LLC

Address: 28 Bridgeside Blvd.

City/State/Zip: Mount Pleasant, SC 29464

Phone Number: 843-216-9000

Fax Number: 843-216-9450

Joseph F. Rice is a member in good standing of the Bar of the State of South Carolina. There are no pending disciplinary proceedings against Joseph F. Rice in any State or Federal court.

Respectfully submitted this 24th day of July, 2008.

    By:   MOTLEY RICE LLC

*/s/ William H. Narwold*
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut  06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: UBS AG Securities Litigation    )    Civil Action No. 07-cv-11225-RJS
                                       )    Judge Richard J. Sullivan
                                       )

---

### AFFIDAVIT OF WILLIAM H. NARWOLD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

William H. Narwold, being duly sworn, hereby deposes and says as follows:

1. I am a member of Motley Rice LLC, counsel for Union Asset Management Holding AG in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Joseph F. Rice as counsel pro hac vice to represent Union Asset Management Holding AG in this matter.

2. I am a member in good standing of the bars of the States of Connecticut and South Carolina and the District of Columbia. I was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Joseph F. Rice since 2001.

4. Joseph F. Rice is a member of Motley Rice LLC and an attorney in good standing of the Bar of the State of South Carolina as evidenced by the annexed certificate of good standing.

5. I have found Mr. Rice to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  I respectfully submit a proposed order granting the admission of Joseph F. Rice, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Joseph F. Rice, pro hac vice, to represent Union Asset Management Holding AG in the above captioned matter, be granted.

Respectfully submitted this 24th day of July, 2008.

By:  MOTLEY RICE LLC

_____
William H. Narwold (WN-1713)
MOTLEY RICE LLC
ONE CORPORATE CENTER
20 CHURCH STREET, 17TH FLOOR
HARTFORD, CONNECTICUT  06103
TELEPHONE:  (860) 882-1676
FACSIMILE:   (860) 882-1682

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: UBS AG Securities Litigation | ) Civil Action No. 07-cv-11225-RJS<br>) Judge Richard J. Sullivan |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of William H. Narwold, attorney for Union Asset Management Holding AG, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court,

IT IS HEREBY ORDERED that

> Applicant's Name: Joseph F. Rice
>
> Firm Name: Motley Rice LLC
>
> Address: 28 Bridgeside Blvd.
>
> City/State/Zip: Mount Pleasant, SC  29464
>
> Phone Number: 843-216-9000
>
> Fax Number: 843-216-9450

is admitted to practice pro hac vice as counsel for Union Asset Management Holding AG in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED:_____                    _____
                                        The Honorable Richard J. Sullivan
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                                    )
In re: UBS AG Securities Litigation              )    Civil Action No. 07-cv-11225-RJS
                                                                    )    Judge Richard J. Sullivan
_____)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been mailed, postage prepaid, this 24th day of July, 2008, to:

**Andrew L. Barroway**
**Darren J. Check**
**Sean M. Handler**
**Andrew L. Zivitz**
**Gregory M. Castaldo**
**Jennifer L. Keeney**
Schiffrin & Barroway,Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

**David Avi Rosenfeld**
**Samuel Howard Rudman**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747

**James Joseph Sabella**
Grant & Eisenhofer P.A. (NY)
485 Lexington Avenue
29th Floor
New York, NY 10017

**Ira M. Press**
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022

**Robert Joseph Giuffra, Jr.**
**Maite Aquino**
**Matthew Alexander Schwartz**
**Suhana S. Han**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004

MOTLEY RICE LLC

_____
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

# 𝕿𝖍𝖊 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕾𝖔𝖚𝖙𝖍 𝕮𝖆𝖗𝖔𝖑𝖎𝖓𝖆

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Joseph F. Rice was duly sworn and admitted as an attorney in this state on November 8, 1979, and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY _____Gayle B. Watts_____
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

July 15, 2008