UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: UBS AG Securities Litigation ) Civil Action No. 07-cv-11225-RJS
) Judge Richard J. Sullivan

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William H. Narwold, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Gregg S. Levin

Firm Name: Motley Rice LLC

Address: 28 Bridgeside Blvd.

City/State/Zip: Mount Pleasant, SC 29464

Phone Number: 843-216-9000

Fax Number: 843-216-9450

Gregg S. Levin is a member in good standing of the Bars of the States of Massachusetts, South Carolina and the District of Columbia. There are no pending disciplinary proceedings against Gregg S. Levin in any State or Federal court.

Respectfully submitted this 24th day of July, 2008.

By: MOTLEY RICE LLC

William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

*Co-Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: UBS AG Securities Litigation ) | Civil Action No. 07-cv-11225-RJS |
| ) | Judge Richard J. Sullivan |

## AFFIDAVIT OF WILLIAM H. NARWOLD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

William H. Narwold, being duly sworn, hereby deposes and says as follows:

1. I am a member of Motley Rice LLC, counsel for Union Asset Management Holding AG in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Gregg S. Levin as counsel pro hac vice to represent Union Asset Management Holding AG in this matter.

2. I am a member in good standing of the bars of the States of Connecticut and South Carolina and the District of Columbia. I was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Gregg S. Levin since 2007.

4. Gregg S. Levin is an attorney with Motley Rice LLC and an attorney in good standing of the Bars of the States of Massachusetts, South Carolina and the District of Columbia as evidenced by the annexed certificates of good standing.

5. I have found Mr. Levin to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. I respectfully submit a proposed order granting the admission of Gregg S. Levin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Gregg S. Levin, pro hac vice, to represent Union Asset Management Holding AG in the above captioned matter, be granted.

Respectfully submitted this 24th day of July, 2008.

By: MOTLEY RICE LLC

_____
William H. Narwold (WN-1713)
MOTLEY RICE LLC
ONE CORPORATE CENTER
20 CHURCH STREET, 17TH FLOOR
HARTFORD, CONNECTICUT 06103
TELEPHONE: (860) 882-1676
FACSIMILE: (860) 882-1682

*CO-LEAD COUNSEL FOR LEAD PLAINTIFFS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: UBS AG Securities Litigation ) | Civil Action No. 07-cv-11225-RJS |
| ) | Judge Richard J. Sullivan |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of William H. Narwold, attorney for Union Asset Management Holding AG, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court,

IT IS HEREBY ORDERED that

Applicant's Name:  Gregg S. Levin

Firm Name:  Motley Rice LLC

Address: 28 Bridgeside Blvd.

City/State/Zip:  Mount Pleasant, SC  29464

Phone Number:  843-216-9000

Fax Number:  843-216-9450

is admitted to practice pro hac vice as counsel for Union Asset Management Holding AG in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED:_____                    _____
                                          The Honorable Richard J. Sullivan
                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: UBS AG Securities Litigation ) Civil Action No. 07-cv-11225-RJS
) Judge Richard J. Sullivan

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been mailed, postage prepaid, this 24th day of July, 2008, to:

**Andrew L. Barroway**
**Darren J. Check**
**Sean M. Handler**
**Andrew L. Zivitz**
**Gregory M. Castaldo**
**Jennifer L. Keeney**
Schiffrin & Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

**James Joseph Sabella**
Grant & Eisenhofer P.A. (NY)
485 Lexington Avenue
29th Floor
New York, NY 10017

**Ira M. Press**
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022

**David Avi Rosenfeld**
**Samuel Howard Rudman**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747

**Robert Joseph Giuffra, Jr.**
**Maite Aquino**
**Matthew Alexander Schwartz**
**Suhana S. Han**
Sullivan & Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004

MOTLEY RICE LLC

_____
William H. Narwold (WN-1713)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Gregg S. Levin was duly sworn and admitted as an attorney in this state on May 27, 2008, and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY *Hoyle B. Watts*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

July 2, 2008

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **August** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

**Gregg S. Levin**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **July** in the year of our Lord **two thousand and eight**.

*[signature]*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    GREGG S. LEVIN

was on the 11TH day of DECEMBER, 1989 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 3, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
    Deputy Clerk