```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: UBS AG Securities Litigation          )   Civil Action No. 07-cv-11225-RJS
                                             )   Judge Richard J. Sullivan
                                             )

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of William H. Narwold, attorney for Union Asset Management Holding AG, and pursuant to Rule 1.3(c) of the local Civil Rules of this Court,

IT IS HEREBY ORDERED that

Applicant's Name: Joseph F. Rice

Firm Name: Motley Rice LLC

Address: 28 Bridgeside Blvd.

City/State/Zip: Mount Pleasant, SC 29464

Phone Number: 843-216-9000

Fax Number: 843-216-9450

is admitted to practice pro hac vice as counsel for Union Asset Management Holding AG in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: 7/30/08

_____
The Honorable Richard J. Sullivan
United States District Judge