USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––– x

In re UBS AG SECURITIES LITIGATION

: Civil Action No. 1:07-cv-11225-RJS
: <u>CLASS ACTION</u>
:

––––––––––––––––––––––––––––––––––– 

**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME**
**TO FILE ANSWER OR OTHER RESPONSE TO THE CONSOLIDATED COMPLAINT**

WHEREAS, on July 11, 2008, pursuant to the Court's June 10, 2008 Order, Plaintiffs filed a consolidated complaint (the "Consolidated Complaint");

WHEREAS, the June 10, 2008 Order provides that: (i) Defendants shall file an answer or other response to the Consolidated Complaint on or before September 19, 2008; (ii) in the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file an opposition to such motion on or before November 14, 2008; and (iii) Defendants shall serve a reply to Plaintiffs' opposition on or before December 19, 2008;

WHEREAS, the undersigned counsel for defendants has agreed to accept or to waive service of process on behalf of all the defendants in this action conditioned on the amendment of the schedule for defendants to respond to the Consolidated Complaint as set forth below;

WHEREAS, the parties have agreed to amend the foregoing schedule to allow the defendants additional time to respond to the Consolidated Complaint;

WHEREAS, no previous extensions have been requested with respect to Defendants' response to the Consolidated Complaint;

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. Defendants shall file an answer or other response on or before **November 19, 2008**

2. In the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file an opposition to such motion on or before **February 4, 2009**.

3. Defendants shall serve a reply to Plaintiffs' opposition on or before **March 20, 2009**.

4. By entering into this stipulation, the parties do not waive any procedural or substantive rights.

DATED: August 21, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*Samuel H. Rudman* (w/p JKM)
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
Fax: 631/367-1173
            Liaison Counsel

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
GREGORY M. CASTALDO
ANDREW L. ZIVITZ
JENNIFER L. KEENEY
RICHARD A. RUSSO, Jr.

*Andrew L. Zivitz* (w/p JKM)
ANDREW L. ZIVITZ

- 2 -

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
Fax: 610/667-7056
GRANT & EISENHOFER, P.A.
JAY W. EISENHOFER
GEOFFREY JARVIS (GCJ-7040)

*Geoffrey Jarvis (w/p JKM)*
GEOFFREY JARVIS

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Telephone: 302/622-7000
Fax: 302/622-7100
MOTLEY RICE LLC
ANN K. RITTER

*Ann K. Ritter (w/p JKM)*
ANN K. RITTER

28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
Fax: 843/216-9450
    Co-Lead Counsel for Plaintiffs


SULLIVAN & CROMWELL LLP

*Robert J. Giuffra*
ROBERT J. GIUFFRA, Jr. (RG-9969)
125 Broad Street
New York, New York 10004
Telephone: 212/558-3121
Fax: 212/558-3588
    Counsel for Defendants

SO ORDERED
Dated: 8/28/8
RICHARD J. SULLIVAN
U.S.D.J.

\*   \*   \*

- 3 -