```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE UBS AG SECURITIES LITIGATION

No. 07 Civ. 11225 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Parties' jointly submitted letter, dated April 20, 2009. The Court hereby orders the Parties to appear for a conference on Thursday, April 23, 2009 at 2:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    April 21, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE