UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/10
```

| | |
|---|---|
| IN RE UBS AG SECURITIES LITIGATION | No. 07 CV 11225 (RJS) |

**STIPULATION AND [PROPOSED] ORDER FOR THE BRIEFING SCHEDULE FOR UBS DEFENDANTS' MOTIONS TO DISMISS FOREIGN-CUBED AND FOREIGN-SQUARED CLAIMS UNDER *MORRISON* V. *NATIONAL AUSTRALIA BANK***

This stipulation is entered into between (i) Arbejdsmarkedets Tillægspension, City of Pontiac Policemen's and Firemen's Retirement System, International Fund Management S.A., and Union Asset Management Holding AG (collectively, "Lead Plaintiffs"), (ii) UBS AG, Ernesto Bertarelli, John Costas, Stephan Haeringer, Michael Hutchins, Huw Jenkins, Gabrielle Kaufmann-Kohler, Sergio Marchionne, David Martin, Rolf Meyer, Marcel Ospel, Helmut Panke, Marcel Rohner, Ramesh Singh, Peter Spuhler, Clive Standish, James Stehli, Walter Stuerzinger, Marco Suter, Peter Voser, Lawrence Weinbach, Joerg Wolle, and Peter Wuffli (collectively, "UBS Defendants"), and (iii) BNP Paribas, Credit Suisse, Deutsche Bank AG, London Branch (improperly named in the Amended Consolidated Securities Class Action Complaint (the "Amended Complaint") as Deutsche Bank AG), Goldman Sachs International, J.P. Morgan Securities Ltd., Morgan Stanley & Co. International plc., and UBS Securities LLC (collectively, "Underwriter Defendants," and with Lead Plaintiffs and UBS Defendants, the "Parties").

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties to the above-captioned matter that:

1. <u>Opening Papers.</u> UBS Defendants shall have until August 31, 2010 to serve and file a motion to dismiss on the basis of *Morrison*. UBS Defendants' memorandum of law in support of their motion shall not exceed thirty (30) pages.

2. <u>Opposition Papers.</u> Lead Plaintiffs shall have until October 18, 2010 to serve and file a memorandum of law not to exceed thirty (30) pages in opposition to UBS Defendants' motion.

3. <u>Reply Papers.</u> UBS Defendants shall have until November 10, 2010 to serve and file a reply memorandum of law not to exceed fifteen (15) pages in support of their motion to dismiss.

Dated: July 19, 2010

*/s/ Geoffrey Jarvis*
Jay W. Eisenhofer
Geoffrey C. Jarvis
Charles T. Caliendo
Brenda F. Szydlo
GRANT & EISENHOFER, P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501

*Co-lead Counsel for Lead Plaintiffs*

*/s/ Andrew Zivitz*
Gregory M. Castaldo
Andrew L. Zivitz
Sharan Nirmul
Naumon A. Amjed
Jennifer L. Keeney

Respectfully Submitted,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Maite Aquino
Suhana S. Han
Matthew A. Schwartz
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for UBS Defendants*

*/s/ Jonathan Youngwood*
Barry R. Ostrager
Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Richard A. Russo, Jr.  
BARROWAY TOPAZ KESSLER MELTZER &  
CHECK, LLP  
280 King of Prussia Rd.  
Radnor, PA 19087  
Telephone: (610) 667-7706  
Facsimile: (610) 667-7056  

*Co-lead Counsel for Lead Plaintiffs*

Telephone: (212) 455-2000  
Facsimile (212) 455-2502  

*Attorneys for Underwriter Defendants*

*/s/ Joseph Rice, /mas*  
Joseph F. Rice  
William H. Narwold  
Gregg S. Levin  
MOTLEY RICE LLC (CT)  
One Corporate Center  
20 Church Street, 17th Floor  
Hartford, CT 06103  
Telephone: (860) 882-1676  
Facsimile: (860) 882-1682  

*Co-lead Counsel for Lead Plaintiffs*

*/s/ Robert Rothman, /mas*  
Robert M. Rothman  
COUGHLIN STOIA GELLER RUDMAN &  
ROBBINS, LLP (LI)  
58 South Service Road  
Suite 200  
Melville, NY 11747  
Telephone: (631) 367-7100  
Facsimile: (631) 367-1173  

*Liaison Counsel for Lead Plaintiffs*

So ordered on this __19th__ day of July 2010.

> Except as otherwise stipulated in this Order, the parties' motion papers shall adhere to the Court's Individual Practices, Rule 2.

*/s/ Richard J. Sullivan*  
Honorable Richard J. Sullivan  
United States District Court Judge