UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UBS AG SECURITIES LITIGATION | No. 07 CV 11225 (RJS) |

**UBS DEFENDANTS' NOTICE OF THEIR MOTION TO DISMISS ALL CLAIMS BASED ON PURCHASES OF UBS SHARES OUTSIDE THE UNITED STATES**

PLEASE TAKE NOTICE that upon (i) the UBS Defendants' Memorandum of Law in Support of Their Motion To Dismiss All Claims Based on Purchases of UBS Shares Outside the United States, (ii) the Declaration of Robert J. Giuffra, Jr., dated August 31, 2010, the exhibits attached thereto, (iii) the Declaration of Allen Ferrell, dated September 22, 2009, the exhibits and appendices thereto, and (iv) all prior pleadings and proceedings had herein, UBS AG ("UBS"), Marcel Ospel, Marcel Rohner, Peter Wuffli, Marco Suter, Clive Standish, Walter Stuerzinger, Huw Jenkins, Ramesh Singh, David Martin, James Stehli, John Costas, and Michael Hutchins (collectively, "the UBS Defendants") will move this Court, before the Honorable Richard J. Sullivan, United States District Judge, in Courtroom 21C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date

and at a time designated by the Court, for an Order granting the UBS Defendants' Motion to Dismiss All Claims Based on Purchases of UBS Shares Outside the United States.

Dated: August 31, 2010
      New York, New York

                                       Respectfully submitted,

                                       Robert J. Giuffra, Jr.
                                       (GiuffraR@sullcrom.com)
                                       Maite Aquino (AquinoM@sullcrom.com)
                                       Suhana S. Han (HanS@sullcrom.com)
                                       Matthew A. Schwartz
                                       (SchwartzMatthew@sullcrom.com)
                                       SULLIVAN & CROMWELL LLP
                                       125 Broad Street
                                       New York, New York 10004
                                       Telephone: (212) 558-4000
                                       Facsimile: (212) 558-3588

                                       *Counsel for UBS Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2010 copies of the foregoing Defendants' Notice of Their Motion to Dismiss All Claims Based on Purchases of UBS Shares Outside the United States, and the accompanying Memorandum of Law and Declaration of Robert J. Giuffra, Jr. in support thereof, were filed electronically through the Court's CM/ECF system, which will send a notification of this filing by e-mail to the following individuals:

Gregory M. Castaldo
Andrew L. Zivitz
Sharan Nirmul
Naumon A. Amjed
Jennifer L. Joost
Richard A. Russo, Jr.
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

Robert M. Rothman
ROBBINS GELLER RUDMAN & DOWD, LLP

Jay W. Eisenhofer
Geoffrey C. Jarvis
Charles T. Caliendo
Brenda F. Szydlo
GRANT & EISENHOFER, P.A.

Joseph S. Rice
William H. Narwold
Gregg S. Levin
MOTLEY RICE, LLP

_____
Matthew A. Schwartz