**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE UBS AG SECURITIES LITIGATION | No. 07 CV 11225 (RJS) |

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

ROBERT J. GIUFFRA, JR. hereby declares under penalty of perjury as follows:

1.      I am a member of the Bar of this Court, and a member of Sullivan & Cromwell LLP, counsel to UBS AG ("UBS") and the Individual Defendants[1] (jointly, "UBS Defendants") in the above-captioned action.  I submit this declaration in support of the UBS Defendants' Motion to Dismiss All Claims Based on Purchases of UBS Shares Outside the United States.

2.      Attached hereto are true and correct copies of the following:

| | |
|---|---|
| List of foreign private issuers that directly listed their ordinary shares on a U.S. exchange, compiled from Bloomberg LP on August 27, 2010 | Exhibit 1 |
| List of foreign private issuers who list their ordinary shares on a U.S. shares through sponsored American Depositary Receipts, compiled from Bloomberg LP on August 27, 2010 | Exhibit 2 |
| UBS 2005 Annual Report (Form 20-F), filed with the with the Securities & Exchange Commission ("SEC") on March 21, 2006 (Excerpted) | Exhibit 3 |

---

[1]      The Individual Defendants are Marcel Ospel, Peter Wuffli, Marcel Rohner, Clive Standish, Marco Suter, Walter Stuerzinger, Huw Jenkins, Ramesh Singh, David Martin, James Stehli, John Costas, and Michael Hutchins.

| | |
|---|---|
| UBS 2007 Annual Report (Form 20-F), filed with the SEC on March 18, 2008 (Excerpted) | Exhibit 4 |
| Listing Rules of the Swiss Stock Exchange (Excerpted) | Exhibit 5 |
| Additional Rules for Listing in the Swiss Stock Exchange (Excerpted) | Exhibit 6 |
| Swiss Stock Exchange Directive on *Ad Hoc* Publicity | Exhibit 7 |
| *Tradex Global Master Fund SPC Ltd.* v. *Inder Rieden,* No. 09 Civ. 6395, slip op. (July 30, 2010) | Exhibit 8 |
| *Cornwell* v. *Credit Suisse Group*, No. 08 Civ. 3758, slip op. (S.D.N.Y. Aug. 20, 2010) | Exhibit 9 |
| New York Stock Exchange American Depositary Receipts Sample Listing Form | Exhibit 10 |
| Edward F. Greene, et al., U.S. Regulation of the Int'l Secs. and Derivatives Mkts. (9th ed. 2008) (Excerpted) | Exhibit 11 |
| Joint Appendix at S-58, *Morrison* v. *Nat'l Austl. Bank, Ltd.*, 130 S. Ct. 2869 (2010) (No. 08-1191) | Exhibit 12 |
| SFBC, *Subprime Crisis: SFBC Investigation Into the Causes of the Write-Downs of UBS AG* (Sept. 30, 2009) | Exhibit 13 |
| SFBC, *Investigation of the Cross-border Business of UBS AG with its Private Clients in the USA* (Feb. 18, 2009) | Exhibit 14 |
| John C. Coffee, Jr., *Securities Policeman to the World? The Cost of Global Class Actions*, N.Y. L.J., September 18, 2008 | Exhibit 15 |

Executed on August 31, 2010 in New York, New York.

_____
Robert J. Giuffra, Jr.